Rachel Flinn #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorney for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KELLI J. MEUSEL,<br><br>            Debtor, | In Proceedings Under Chapter 13<br><br>Case No: 2:23-bk-03999-EPB<br><br>**NOTICE OF HEARING; AND CERTIFICATE OF SERVICE** |

**NOTICE IS GIVEN** that a Hearing on the Trustee's Motion to Dismiss shall be conducted **telephonically** on **November 5, 2024 at 10:00 a.m.,** before the Honorable Eddward P. Ballinger, Jr., U.S. Bankruptcy Judge, at the UNITED STATES BANKRUPTCY COURT, Courtroom No. 703, 7TH Floor, 230 N. First Avenue, Phoenix, Arizona. All parties are to appear **telephonically by calling (833)568-8864, Meeting ID: 160 2682 4193, Passcode: 419399**

Any responsive pleadings must be in writing, filed with the Clerk of the Court, and served upon the Trustee, at least 7 days prior to the hearing.

To appear telephonically before Judge Ballinger, please contact Courtroom Deputy Dawn Saucier at 602-682-4188 or by email at epbecfhearing@azb.uscourts.gov(link sends e-mail). Once approval has been obtained, parties may appear by phone by calling the conference line at (833)568-8864, Meeting ID: 160 2682 4193, Passcode: 419399

 

Rachel Flinn, Esq. ABN 027000
Staff Attorney for Chapter 13 Trustee
*Rflinn@ch13bk.com*

# CERTIFICATE OF MAILING

I, Jessica Martinez, do hereby certify that a copy of the **Notice of Hearing** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL   60076-2780
P:(602)598-5075

---
Jessica Martinez
jmartinez@ch13bk.com